# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tod Jeffrey Cashatt <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-12822 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

      Respectfully submitted,

      **/s/Rebecca A. Solarz, Esquire**
      Rebecca A. Solarz, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734