**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tod Jeffrey Cashatt<br>                    Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).<br>                    Movant<br>        vs. | NO. 17-12822 REF |
| Tod Jeffrey Cashatt<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Scott Waterman Esq.<br>                    Trustee | |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 212 South Ironstone Drive, Boyertown, PA 19512 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: May 13, 2019**

_____
United States Bankruptcy Judge.

Tod Jeffrey Cashatt
212 South Ironstone Drive
Boyertown, PA 19512

Joseph T. Bambrick, Jr. Esq.
529 Reading Avenue (VIA ECF)
Suite K
West Reading, PA 19611

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532