**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re					:		Chapter 7

Tod Jeffrey Cashatt


		Debtor(s)		:		Bankruptcy No. 17-12822-amc


NOTICE


To the debtor, debtor's counsel, and all parties in interest:

 NOTICE is hereby given that:

    1.    This matter is reassigned to the calendar of the Honorable Jean K. FitzSimon  from the calendar of the Honorable Ashely M. Chan

Dated: June 24, 2019

						FOR THE COURT

						TIMOTHY B. MCGRATH
						CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee