## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tod Jeffrey Cashatt<br>　　　　　　Debtor(s) | CHAPTER 7 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).<br>　　　　　　Movant<br>　　vs.<br>Tod Jeffrey Cashatt<br>　　　　　　Debtor(s)<br>Lynn E. Feldman.<br>　　　　　　Trustee | NO. 17-12822 JKF<br><br>11 U.S.C. Section 362 |

### **ORDER**

AND NOW, this 18th day of July, 2019 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) to exercise its rights pursuant to the loan documents regarding the premises 212 South Ironstone Drive Boyertown, PA 19512 .

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
cc: See attached service list　　　　　　　　　　　　　Jean K. FitzSimon

Tod Jeffrey Cashatt
212 South Ironstone Drive
Boyertown, PA 19512

Joseph T. Bambrick, Jr., Esq.
529 Reading Avenue (VIA ECF)
Suite K
West Reading, PA 19611

LYNN E. FELDMAN
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532