United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-12822-jkf
Tod Jeffrey Cashatt                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa           Page 1 of 1            Date Rcvd: Jul 18, 2019
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db             +Tod Jeffrey Cashatt,    212 South Ironstone Dr.,    Boyertown, PA 19512-8608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Tod Jeffrey Cashatt NO1JTB@juno.com
          KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY). lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ecfmail@readingch13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tod Jeffrey Cashatt | CHAPTER 7 |
| Debtor(s) | |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). | |
| Movant | NO. 17-12822 JKF |
| vs. | |
| Tod Jeffrey Cashatt | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Lynn E. Feldman. | |
| Trustee | |

### ORDER

AND NOW, this 18th day of July , 2019 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) to exercise its rights pursuant to the loan documents regarding the premises 212 South Ironstone Drive Boyertown, PA 19512 .

_____
United States Bankruptcy Judge.

Jean K. FitzSimon

cc: See attached service list

Tod Jeffrey Cashatt
212 South Ironstone Drive
Boyertown, PA 19512

Joseph T. Bambrick, Jr., Esq.
529 Reading Avenue (VIA ECF)
Suite K
West Reading, PA 19611

LYNN E. FELDMAN
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532