IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
TOD JEFFREY CASHATT : CHAPTER 7
:
:
DEBTOR : CASE NO. 17-12822-JKF

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE

NOW, this 22nd day of August, 2019, it is hereby agreed and stipulated to between the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtor, Joseph Bambrick, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is September 6, 2019.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until November 6, 2019 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____          _____
Lynn E. Feldman, Esquire                 Joseph Bambrick, Esq.
Chapter 7 Trustee                        Attorney for Debtor

### ORDER

NOW, this ____ day _____, 2019, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

_____
Jean K. FitzSimon
United States Bankruptcy Judge