United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12822-jkf
Tod Jeffrey Cashatt                                                 Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: Aug 23, 2019
                            Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db             +Tod Jeffrey Cashatt,    212 South Ironstone Dr.,    Boyertown, PA 19512-8608
smg            +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13922590       +Sears credit card,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13922591       +Tri County Federal CU,    1550 Medical Dr.,    Pottstown, PA 19464-3225
14018313       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2019 02:58:54
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2019 03:00:06    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13922588       +E-mail/Text: ally@ebn.phinsolutions.com Aug 24 2019 02:57:25    Ally Bank,    P.O. Box 380902,
                Minneapolis, MN 55438-0902
13929715        E-mail/Text: ally@ebn.phinsolutions.com Aug 24 2019 02:57:25    Ally Bank,    PO Box 130424,
                Roseville, MN 55113-0004
13922589       +E-mail/Text: blegal@phfa.org Aug 24 2019 02:59:16     PHFA,    211 N. Front St.,
                P.O. Box 15628,   Harrisburg, PA 17105-5628
                                                                                           TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Tod Jeffrey Cashatt NO1JTB@juno.com
          KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY).  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY). lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecf@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN   trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :
    TOD JEFFREY CASHATT              :          CHAPTER 7
                                                :
                                                :
            DEBTOR                    :          CASE NO. 17-12822-JKF

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT
### OBJECTING TO DISCHARGE

**NOW**, this 22nd day of August, 2019, it is hereby agreed and stipulated to between the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtor, Joseph Bambrick, Esquire, as follows:

1.    The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is September 6, 2019.

2.    The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until November 6, 2019 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b) . Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____          _____
**Lynn E. Feldman, Esquire**                    **Joseph Bambrick, Esq.**
Chapter 7 Trustee                               Attorney for Debtor

### ORDER

**NOW**, this          day                    , 2019, **IT IS HEREBY ORDERED** that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

_____
**Jean K. FitzSimon**
United States Bankruptcy Judge

**Date: August 23, 2019**