Certificate Number: 12433-PAE-DE-033481087

Bankruptcy Case Number: 17-12822



12433-PAE-DE-033481087

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2019, at 9:11 o'clock PM EDT, Tod J. Cashatt completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 29, 2019           By:      /s/Lance Brechbill

Name:   Lance Brechbill

Title:   Teacher